# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                         Case No. 22-31765-CLH
                                              Chapter 13

EVELYN JAMES MCCALL,

      Debtor.


**ORDER DENYING CONFIRMATION AND DISMISSING BANKRUPTCY CASE**

      The Chapter 13 plan filed by Debtor came before the Court for confirmation on January 12, 2023. Based upon the pleadings and representations of counsel and for the reasons stated in open court, it is hereby

      ORDERED that confirmation of the plan is DENIED, and this bankruptcy case is DISMISSED for cause.

      It is FURTHER ORDERED that the Chapter 13 Trustee shall file and serve on all creditors a final report and account reflecting the receipts and disbursements in this case.

      Done this 13th day of January, 2023.


Christopher L. Hawkins
United States Bankruptcy Judge


c:     Debtor
      Stephen L. Klimjack, Attorney for Debtor
      Sabrina L. McKinney, Trustee
      All Creditors


*NOTICE: Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.*